No. 63721.—Julius Wile Sons & Co., Inc. *v.* United States, protests 112214–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63722.—Mitchell Mogal, Inc., and Wedemann & Godknecht, Inc. *v.* United States, protest 59/7538 (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel and the supplemental memorandum of the collector that the correct dutiable value of the cartridges is the entered value of $856, the claim of the plaintiffs was sustained and the collector was directed to refund any excess duties collected.

BEFORE THE SECOND DIVISION, JANUARY 21, 1960

No. 63723.—Blaser & Mericle, Inc., et al. *v.* United States, protests 59/4245, etc. (Cleveland).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiffs was sustained.